**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMIR HAKIM HEINEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil A. No. 3:26-1913 |
| | ) | Judge Nora Barry Fischer |
| LEONARD ODDO, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER OF COURT**

AND NOW, this 30th day of October, 2026, upon consideration of Petitioner Amir Hakim Heinen's Notice of Voluntary Dismissal, (Docket No. 11), wherein he states he withdraws this petition under Rule 41(a)(1) of the Federal Rules of Civil Procedure, as he has been released from ICE custody,

IT IS HEREBY ORDERED that Petitioner's Notice [11] is GRANTED;

IT IS FURTHER ORDERED that the Petition [1] is DISMISSED; and,

FINALLY, IT IS ORDERED that the Clerk of Court shall mark this case CLOSED.

BY THE COURT:

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: counsel of record